NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6311
702-388-5087 (fax)
Susan.cushman@usdoj.gov
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:18-cr-0172-JCM |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE HEARING |
| vs. ) | FOR VIOLATION OF SUPERVISED RELEASE |
| ) | |
| JOSEFINA LOPEZ, ) | (Second Request) |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; SUSAN CUSHMAN, Assistant United States Attorney, counsel for the United States of America and CHRIS RASMUSSEN, Esq., counsel for defendant LOPEZ:

THAT THE HEARING CURRENTLY SCHEDULED FOR April 22, 2020, be vacated and set to a time convenient for the Court, but not less than 60 days from the current setting.

1. In response to the coronavirus pandemic ("COVID-19"), the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General orders 2020-03, -04, and -05 (the "General Orders") to comply with "social distancing measures" by limiting in court appearances for the safety of all parties.

2. This continuance will allow the parties additional to resolve the allegations in the petition.

3. Counsel for the defendant and the Government agree to the continuance.

4. Defendant Lopez is not detained and agrees to the continuance.

5. This is the second request for a continuance.

DATED this 14th day of April, 2020.

                        Respectfully submitted,

                        NICHOLAS A. TRUTANICH
                        United States Attorney

                        */s/ Susan Cushman*
                        SUSAN CUSHMAN
                        Assistant United States Attorney

                        */s/ Chris Rasmussen*
                        CHRIS RASMUSSEN, Esq.
                        Counsel for Defendant LOPEZ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0172-JCM |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE HEARING FOR VIOLATION OF SUPERVISED RELEASE |
| vs. | |
| JOSEFINA LOPEZ, | (Second Request) |
| Defendant. | |

Based upon the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS FURTHER ORDERED that the revocation hearing scheduled for April 22, 2020, be vacated and continued to _____ June 24 __, 2020, at the hour of _____ 10:00a __ .m

DATED April 15, 2020.

_____
UNITED STATES DISTRICT JUDGE

3